**Thomas A. GEISELHART, Respondent,**

v.

**SCHLANGEN ENTERPRISES and American Hardware Insurance Co., Relators.**

No. C1-88-2549.

Supreme Court of Minnesota.

May 5, 1989.

Fitch, Johnson, Larson & Walsh, Raymond W. Fitch, Minneapolis, for relators.

Messerli and Kramer, Carla J. Butz, Minneapolis, for respondent.

## ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals, filed November 18, 1988, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.